AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| SHARON E. SANDERS,<br>  Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>  Defendant. | **JUDGMENT**<br>**CASE NO. 5:11-CV-773-D** |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that the Court ADOPTS the Memorandum and Recommendations [D.E. 33]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 24] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 29] is DENIED, and the action is REMANDED to the Commissioner under sentence 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JULY 18, 2013,** WITH A COPY TO:

Sharon e. Sanders, Pro se (via USPS to 3138 Hayling Drive, Raleigh, NC 27610)
Mark J. Goldenberg  (via CM/ECF electronic notification)

| | |
|---|---|
| <u>July 18, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina